AO 106 (Rev. 04/10) Application for a Search Warrant

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Mar 10, 2022

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the
Western District of Arkansas
Hot Springs Division

| | |
|---|---|
| In the Matter of the Search of<br><br>Information associated with Snapchat<br>Account usernames "jamesmay5226"<br>"j_stand22", "mavricksteves",<br>"maverick_steves", and "bobbyjones22102"<br>associated with email address<br>"mavricksteves@gmail.com at the premises<br>controlled by Snapchat | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. ___6:22-00007_____ |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe property to be searched and give its location)*: **See Attachment A. This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.**
located in the Western District of Arkansas, there is now concealed *(identify the person or describe the property to be seized)*: **See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ■ evidence of a crime;
- ■ contraband, fruits of crime, or other items illegally possessed;
- ■ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |
| 18 U.S.C. § 222A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts: **See Affidavit of FBI Special Agent Joshua Pullen**

√   Continued on the attached sheet.

☐   Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*By teleconturance (BNS)*
*Applicant's signature*

Joshua Pullen, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 10, 2022

*Judge's signature*

City and state: Texarkana, Arkansas

Barry A. Bryant, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF

## APPLICATION FOR SEARCH and SEIZURE WARRANT

I, FBI Special Agent Joshua Pullen, hereby depose and state that the following is true and correct upon my personal knowledge, investigation, and belief.

## INTRODUCTION AND AGENT BACKGROUND

1.      Your Affiant has been employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) since May 2019. I am currently assigned to the Little Rock, Arkansas, FBI Field Office as a member of the Violent Crimes Division. Your Affiant was previously employed with the Orange County Sheriff's Office as a deputy in Florida for three years. As a deputy, I enforced Florida state statutes by developing probable cause to make arrests, executing search warrants, traffic violations, and writing arrest warrants. My primary duties as an FBI SA are to investigate criminal activities involving illegal possession, distribution, and manufacture of controlled substances, illegal possession and usage of firearms, interstate threatening communications, violent crimes, violent crimes against children, and possession and distribution of child pornography. Your Affiant is a federal law enforcement officer who is engaged in enforcing criminal laws, including Title 18, United States Code, Section 2252A(a)(1)(b)(1), Transportation of Child Pornography; and Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography. Your Affiant is authorized by the Attorney General to request a search warrant.

2.      The information in the Affidavit is based upon your Affiant's personal involvement in the investigation of this case; law enforcement reports, records, and interviews; information received from other law enforcement agents; your Affiant's experience and training; and the experience of other agents. Because of this Affidavit's limited purpose, it does not contain all the facts known to your Affiant or other law enforcement officers about the

1

investigation. Specifically, your Affiant has set forth only those facts that your Affiant believes are necessary to establish probable cause in support of the search warrant.

3.     Your Affiant makes this Affidavit in support of an application for a search warrant for information associated with user accounts **jamesmay5226, j_stand22, mavricksteves, maverick_steves, bobbyjones22102** (hereinafter the "**Subject Accounts**"), that were associated with the subject email address **mavricksteves@gmail.com**, a specific account that is stored at the premises controlled by Snapchat, Inc. ("Snapchat"), an electronic service provider and web-based application designer, headquartered at 63 Market Street, Venice, California 90291. The information to be searched is described in the below paragraphs and in Attachment A. This Affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Snapchat to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

4.     This Affidavit is intended to merely show that there is sufficient probable cause for the requested warrant and does not set forth all of your Affiant's knowledge about this matter.

5.     Based on your Affiant's training and experience and the facts as set forth in this Affidavit, there is probable cause to believe that evidence constituting violations of Title 18, United States Code, Section 2252A(a)(1(b)(1), Transportation of Child Pornography; and Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography are currently present on the item described as Attachment A.

6.      There is also probable cause to search the information described in Attachment A

for evidence, instrumentalities, contraband or fruits of these crimes further described ·in

Attachment B.

## JURISDICTION

7.      This Court has jurisdiction to issue the requested warrant because it is "a court of

competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(1)(A) &

(c)(1)(A). Specifically, the Court of the Western District.of Arkansas is "a district court of the

United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. §

2711(3)(A)(i).

## STATUTORY AUTHORITY

8.      This investigation concerns alleged violations of Title 18, United States Code,

Section 2252A(a)(1), and Title 18, United States Code, Section 2252A(a)(5)(B).

a.      Title 18, United States Code, Section 2252A(a)(1) prohibits a person from

knowingly transporting or shipping, using an means and facility of interstate and foreign

commerce and affecting interstate commerce by any means, including by computer, any

child pornography, as defined in Title 18, United States Code, Section 2256(8).

b.      Title 18, United States Code, Section 2252A(a)(5)(B) prohibits a person from

knowingly possessing  or knowingly accessing with intent to view, any book, magazine,

periodical, film, video-tape, computer disk, or any other material that contains an image

of child pornography that has been mailed, or shipped or transported using any means or

facility of interstate or foreign commerce or in or affecting interstate or foreign

commerce by any means, including by computer, or that was produced using materials

that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

c.      The term "minor," as defined in Title 18, United States Code, Section 2256(1), refers to any person under the age of eighteen years.

d.      The term "sexually explicit conduct," Title 18, United States Code, Section 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

e.      The term "visual depiction," as defined in Title 18, United States Code, Section 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

f.      The term "computer," as defined in Title 18, United States Code, Section 1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

g.      The term "child pornography," as defined in Title 18, United States Code, Section 2256(8), means any visual depiction, including any photograph, film, video, picture, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where (a)the production of such

4

visual depiction involves the use of a minor engaging in sexually explicit conduct; (b) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (c)such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct

## BACKGROUND OF SNAPCHAT

9.     Based on your Affiant's training and experience and what your Affiant has learned through other sources, your Affiant knows the following:

a. Snapchat is headquartered at 63 Market Street, Venice, California 90291.

b. Snapchat is a mobile phone application where users can take photos, record videos, add text and drawings, and send them to a controlled list of recipients. These sent photographs and videos are known as "snaps." Users can set a time limit for how long recipients can view their snaps with the range being between 1 to 10 seconds, after which they will be hidden from the recipient's device and deleted from Snapchat servers.

c. From my review of publicly available information provided by Snap Inc. about its service, including Snapchat's "Privacy Policy," I am aware of the following about Snapchat and about the information collected and retained by Snap Inc.

d. Snapchat asks users to provide basic contact and personal identifying information to Snapchat during the registration process. This information may include the user's chosen username, password, email address, phone number and date of birth. Snapchat may also ask a user for their true name and profile photograph. Further, third party commerce services using Snapchat may require a user's debit

or credit card number and associated account information.

e.  Once a user has set up an account, Snapchat continues to monitor and collect information regarding their usage. This information includes channels the user watches and search queries they submit. Snapchat also collects information regarding a user's mobile device connecting to Snapchat. This information includes hardware model, operating system version, unique application and device identifiers, internet browser type, wireless network, mobile network information and mobile phone number. Snapchat may also, with the user's permission, collect information from mobile device's contacts.

f.  In order for Snapchat to send and upload a user's photographs, a user must grant Snapchat permission to access their mobile device's camera. Snapchat may, with the user's permission, collect location information including Global Positioning System (GPS), wireless networks, cell tower data and Wi-Fi access points.

g.  Snapchat users can send messages to each other through the application. Information regarding these messages may be collected and maintained by Snapchat including: the names, dates and times associated with each message, the frequency of communication between Snapchat users and metadata associated with the messages, such as the times messages were opened and if they included a photograph.

h.  Snapchat also retains Internet Protocol ("IP") logs for a given user. These logs may contain information about the actions taken by the user or IP address on the Snapchat website, including device information, access times, pages viewed, and the pages visited before and after navigating to the Snapchat website. For

example, if a user views another Snapchat profile, that user's IP log would reflect the fact that the user viewed the profile and would show when and from what IP address the user did so. The IP address can be directly traced to the account holder of an Electronic Service Provider (ESP).

i.  As explained herein, information stored in connection with a Snapchat account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Snapchat user's IP log, identifying information, device identification and other data retained by Snapchat, can indicate who has used or controlled the Snapchat account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, a user's contact information, and messaging logs, may be evidence of who used or controlled the Snapchat account at a relevant time. Further, Snapchat account activity can show how and when the account was accessed or used. For example, as described herein, Snapchat logs the geolocation from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Snapchat access, use, and events relating to the crime under investigation. This geographic information may tend to either

inculpate or exculpate the Snapchat account owner. Last, Snapchat account activity may provide relevant insight into the Snapchat account owner's state of mind as it relates to the offense under investigation. For example, information on the Snapchat account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

10.     This Affidavit and Application for Search Warrant seek authorization solely to search and seize the digital evidence in the "**Subject Account**" and/or files set forth in Attachment A.

## PROBABLE CAUSE

11.     On February 16, 2022, your Affiant received NCMEC CyberTipline Reports 115269813 and 117399557. Both CyberTips were related to an email address, mavricksteves@gmail.com. A law enforcement database was searched concerning the email address of mavricksteves@gmail.com. The email address was associated with Branden Napier who had the same date of birth as on the CyberTip, December 19, 1989.

12.     Napier is a registered sex offender out of Garland County Sheriff's Office, Arkansas. Napier has a registered email address that is very similar to the subject account email. The sex offender's registry information was last verified by Napier on January 13, 2022, with the following information:

- Date of birth: December XX, 1989

- Residential Address: XXXX Malvern Road, Lot 19, Hot Springs, AR 71913

- Telephone: (501) 293-XXXX

- Email Address: maverickstevens@gmail.com

13.     CyberTipline Report 115269813 referenced an event which occurred on January 11, 2022, by a Snapchat user who uploaded three videos of child pornography. One of the videos appeared to be a duplicate with a different file name. SA Pullen reviewed the videos and confirmed they meet the definition for child pornography under Title 18, United States Code, Section 2256. A description of the tip and two of the videos was as follows:

- Date of Birth: 12-XX-1989

- Email address: mavricksteves@gmail.com

- Screen/username: jamesmay5226

- IP address: 174.247.242.37 (01-07-2022 01:58:58 UTC)

14.     Filename:     jamesmay5226-None-86dc2374-b7ba-5d8a-a3c8-d2238ee7e20f~68 ffa29033c0 (about 56 seconds duration) - A prepubescent, white female, with brown hair, about 7-8 years of age, was laying naked on her back in a bathtub. She folded her legs backwards with her feet over her head, revealing her vagina. She looked off camera, then opened her mouth and began to urinate. As her urination stream got closer to her opened mouth, she winced and turned her head away. The urination hit her stomach, chest, neck, and face. She shuts her mouth as it continued to land on her face and winced again turning away. She later pushes urine out of her mouth with her tongue and gags almost throwing up.

15.     Filename:     jamesmay5226-None-ed6fb981-c112-54e7-bed9-0ed2c3da5a87~51- 1526094916 (about 24 seconds duration) - A prepubescent, white female, with brown hair, about 7-8 years of age was standing naked in front of a green screen. She was posing for the camera and grabbing her breasts. The angle cuts to a close up of her vagina. She was laying on her back while rubbing and opening her vagina. CyberTipline Report 117399557 referenced an event

which occurred on February 5, 2022, by a Snapchat user who uploaded one video of child sexual abuse material (CSAM). SA Pullen reviewed the video and confirmed it met the definition of child pornography under Title 18, United States Code, Section 2256. A description of the tip and the video was as follows:

- Date of Birth: 12-XX-1989

- Email address: mavrick̦steves@gmail.com

- Screen/username: j_stand22

- IP address: 174.247.242.71 (01-18-2022 12:26:48 UTC)

16.     Filename:     j̧_stand22-None-62c59ce8-6106-587a-99E5-85c0457159fc~20-db543cadb4 (about 57 seconds duration) - A prepubescent, white female, with long brown/blonde hair, about 7-8 years of age, was sitting naked on the floor with her legs spread apart, revealing her vagina. The child had a full-sized carrot in her hand. She inserted the carrot into her vagina and masturbated for about 52 seconds.

17.     On February 17, 2022, a search of the NCMEC database was completed for other CyberTips associated with the same email address. Your Affiant located four additional CyberTips associated with the email address mavricksteves@gmail.com: CT-65742383, CT-109913744, CT-110378821, and CT-117845463. Two of these CyberTips gave a phone number associated with the Snapchat account. The phone number was 501-293-XXXX. Napier had the same number registered on his sex offender's registry. This connected Napier's registered phone number from his sex offender's registry to the new email address mavricksteves@gmail.com from all the CyberTips.

18.    CT-65742383 referenced an event which occurred on March 10, 2020, by a Snapchat user who uploaded four images of child sexually abusive material (CSAM). SA Pullen reviewed the images and confirmed the images meet the definition of child pornography under Title 18, United States Code, Section 2256. A description of the tip and one of the images was as follows:

- Date of Birth: 11-XX-2001

- Email Address: mavricksteves@gmail.com

- Screen/Username: mavricksteves

- IP Address: 99.203.5.195 (11-28-2019 21:38:26 UTC )

19.    Filename:       07a1469-f5654f8aa72baa96751635b9_CHAT_MEDIA_1576273906494.jpeg - An image of a naked, female with long brunette hair, about 8-10 years of age. The minor has an erected penis in her mouth, of an adult male, as she looked at the camera.

20.    CT-109913744 referenced an event which occurred on December 05, 2021, by a Snapchat user who uploaded one video of child sexually abusive material (CSAM). SA Pullen reviewed the video and confirmed the video meets the definition of child pornography under Title 18, United States Code, Section 2256. A description of the tip and the video was as follows:

- Phone: +1501293XXXX

- Date of Birth: 12-XX-1994

- Email Address: mavricksteves@gmail.com

- Screen/Username: mavrick_steves

- IP Address: 107.19.1.17 (12-04-2021 20:13:19 UTC)

21.    Filename:    mavrick_steves-None-a4dab06a-e9b1-5a79-b106-f1a8017ea366~20-e3589d52df.mp4 (about 27 seconds duration) - A video of a naked black, female, about 4-6 years of age with beads in her hair. The child was sitting in the bathtub with her legs spread apart revealing her vagina. The water was turn on from the tub. The child was positioned where the water was directly hitting her vagina.

22.    CT-110378821 referenced an event which occurred on December 10, 2021, by a Snapchat user who uploaded one video of child sexually abusive material (CSAM). SA Pullen reviewed the video and confirmed the video meets the definition of child pornography as defined under Title 18, United States Code, Section 2256. A description of the tip and video was as follows:

- Phone: +1501293XXXX

- Date of Birth: 12-XX-1994

- Email Address: mavricksteves@gmail.com

- Screen/Username: mavrick_steves

- IP Address: 107.19.1.17 (12-04-2021 20:13:19 UTC)

23.    Filename:    mavrick_steves-None-73276b2e-9e18-5ae7-b561-424f4fdcaf1d~12-599923eb8a.mp4 about 55 seconds duration) - A video of 10-12 year old Asian female standing outside. The female pulled down her pants and underwear revealing her vagina. A male hand reached in and fondled and opened her vagina with his fingers. He made the girl lay on her back and lift both legs straight up. He then zoomed into the girl's vagina and fondled and opened it with his fingers.

24.     CT-117845463 referenced an event which occurred on February 13, 2022, by a Snapchat user who uploaded one video of child sexually abusive material (CSAM). SA Pullen reviewed the video and confirmed the video meets the definition of child pornography under Title 18, United States Code, Section 2256. A description of the tip and the video is as follows:

-   Date of Birth: 10-XX-1991

-   Email Address: mavricksteves@gmail.com

-   Screen/Username: bobbyjones22102

-   IP Address: 174.247.240.76 (02-08-2022 21:49:17 UTC)

25.     Filename:bobbyjones22102-None-28100ec2-398e-57a6-83ab-ee1873360958~17-1cc6eefa70.mp4 (about 55 seconds duration) - A video of a naked female, blonde hair, about 10-12 years of age, was laying on her back on a bed. She was rubbing her breasts and her vagina with her hands. She was intently looking at her telephone screen as if being instructed what to do.

26.     Subpoenas were issued for the multiple IP addresses associated to the CyberTips described above. Your Affiant received the subpoena returns which stated the providers were unable to specify a user address or username due to the type of IP addresses accessed. Below is the reasoning given that the service providers were unable to provide subscriber information for the captured IP addresses:

    a.  99.203.5.195 – Sprint was unable to determine a subscriber or data detail.

    b.  107.19.1.17 – Wayport was unable to find any information responsive to the request for subscriber information.

    c.  174.247.242.37 – Verizon provided that the IP address was a NATTING router IP which can have many users at the same time.

13

     d.  174.247.242.71 -- Verizon provided that the IP address was a NATTING router IP which can have many users at the same time.

     e.  At the time of this search warrant, the results for the subpoena concerning IP address 174.247.240.76 had not been received by the FBI.

27.     NCMEC was contacted in reference to the CyberTip latitude/longitude. The latitude/longitude location relates to a location where the signal accessed a specific cell tower or other location that sends and receives signals for public mobile usage. Three of the CyberTips show latitude/longitude the IP address to be in Arkansas. Two of the CyberTips show the IP addresses to be in Hot Springs, Arkansas. One of the CyberTips show latitude/longitude the IP address to be in Georgia.

28.     On February 22, 2022, Google responded to an FBI subpoena written for the email address, mavricksteves@gmail.com. The customer billing information returned to three subjects: Mavrick Steves, Laura Brown, and Branden Napier. The contact information for Mavrick Steves was the same as NAPIER's: XXX Tiffany Lane, Hot Springs, Arkansas, and a phone number of 501-293-XXXX.

29.     A database check was completed for the possible existence of Mavrick Steves. No Mavrick Steves was located in Arkansas. NAPIER's sex offender's registry showed a previous address of XXX Tiffany Lane, Hot Springs, AR, 71901, a phone number of 501-293-XXXX, and that Laura Brown was living at XXX Tiffany Lane with NAPIER. Your Affiant believes Marvrick Steves is an alias for Branden Napier.

30.     Your Affiant believes Branden Napier is the same user of the multiple Snapchat accounts in the six Snapchat CyberTips:

a. All of the CyberTips reference the email address of mavricksteves@gmail.com. This Gmail account was connected to the previous residential address and current phone number of NAPIER's sex offender's registry.

b. Two of the CyberTips provided NAPIER's registered phone number of 501-293-XXXX.

c. The two most recent CyberTips, in January and February 2022, provided NAPIER's date of birth, December XX, 1989.

d. Three of the CyberTips show the IP address to be in Arkansas. Two of the CyberTips show the IP addresses to be in Hot Springs, Arkansas.

31.    Your Affiant made contact with the Sex Offender's Office in reference to NAPIER. On September 3, 2020, NAPIER registered a new residential location of XXXX Malvern Road, Lot 19, Hot Springs, Arkansas 71901. Officers have made multiple home visits to NAPIER at his address. Your Affiant took photos of Napier's residence on March 8, 2022, at XXXX Malvern Road, Lot 19, Hot Springs, Arkansas 71901. An Officer who visited NAPIER from the sex offender's registry confirmed the residence was correct.

## CONCLUSION

32.    Therefore, I respectfully request this Court to issue a search warrant authorizing the examination of Snapchat user accounts **jamesmay5226, j_stand22, mavricksteves, maverick_steves, bobbyjones22102** (hereinafter the "**Subject Accounts**"), that were associated with the subject email address **mavricksteves@gmail.com,** which is controlled and maintained by Snapchat, as described in Attachment A, and to seize the evidence, fruits, and instrumentalities described in Attachment B, which individually or collectively constitute violation(s) of Title 18, United States Code, Section 2252A(a)(1), Transportation of Child

Pornography; and Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child

Pornography.

_By teleconference (BAB)_
_____
Joshua Pullen, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 10th day of March 2022.

_____
Honorable Barry A. Bryant
United States Magistrate Judge

16

## ATTACHMENT A

### Property to Be Searched

This search warrant applies to all content and information contained in Snapchat accounts **jamesmay5226, j_stand22, mavricksteves, maverick_steves, bobbyjones22102** (hereinafter the **"Subject Accounts"**), that was associated with the subject email address **mavricksteves@gmail.com,** that is stored at premises controlled by Snapchat Inc., a company that accepts service of legal process at 63 Market Street, Venice, California 90291, from the time period of February 1, 2020, to present.

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Snapchat, Inc. (the "Provider")**

Any communications, records, files, logs, or information that is currently available or has been deleted from Provider accounts **jamesmay5226, j_stand22, mavricksteves, maverick_steves, bobbyjones22102,** that was associated with the subject email address **mavricksteves@gmail.com,** for the period of February 1, 2020, to present. The Provider must disclose to the government the following content or information contained in Snapchat accounts **jamesmay5226, j_stand22, mavricksteves, maverick_steves, bobbyjones22102,** that was associated with the subject email address **mavricksteves@gmail.com.**

(a)     All contact and personal identifying information, including full name, username, birth date, gender, contact e-mail addresses, Snapchat passwords, physical address (including city, state, and zip code which may be retained in the form of billing information), telephone numbers, websites visited before and after navigating to the Snapchat website, and other personal identifiers.

(b)     All images and videos associated with the account to include "My Eyes Only" and "Snaps" section of the application.

(c)     All activity logs for the account and all other documents showing the user's posted photographs, messages and other Snapchat activities.

(d)     All profile information including friends, channels viewed, and search queries entered.

(e)     All other records of communications and messages made or received by the user, including all data regarding sent or received messages.

(f)     All IP logs, including all records of the IP addresses that logged into the account.

.(g)    All geolocation data including GPS, cell tower, wireless networks, and Wi-Fi access points.

(h)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number); and

(i)     All records pertaining to communications between Snapchat and any person regarding the user or the user's Snapchat account, including contacts with support services and records of actions taken.

**II.     Information to be seized by the government**

The government is authorized to seize only information described in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of Title 18, United States Code, Section 2252A(a)(1), Transportation of Child Pornography; and Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography from the period of February 1, 2020, to present; including information pertaining to the following matters:

(a)     Communications between Snapchat users, known or unknown, where violations of Title 18, United States Code, Section 2252A(a)(1), Transportation of Child Pornography, and Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography, may be found.

(b)     The identity and whereabouts of those persons who created, used, or communicated with the Snapchat account identified in Attachment A.

(c)     Any activity dealing with the sexual exploitation of minors.